# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Major Singh,

          Petitioner,

v.

Unknown Party, et al.,

          Respondents.

No.  CV-26-04672-PHX-CKJ

**ORDER**

On July 15, 2026, the Court entered judgment in Petitioner's favor in this 28 U.S.C. § 2241 action and directed Respondents to provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention (Doc. 7.) On July 30, 2026, Petitioner filed a Request for Immediate Release, indicating that no bond hearing has been scheduled or held. (Doc. 9.)

**IT IS THEREFORE ORDERED** Respondents must file a response to Petitioner's Request for Immediate Release no later than August 3, 2026.

Dated this 31st day of July, 2026.

_____
Honorable Cindy K. Jorgenson
United States District Judge