IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Major Singh,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No.  CV-26-04672-PHX-CKJ

**ORDER**

On July 15, 2026, the Court granted Petitioner's habeas corpus petition at Respondents' concession and directed that Petitioner be provided a bond redetermination hearing within seven days.  (Doc. 7.)  On July 30, 2026, Petitioner filed a Request for Immediate Release indicating that no bond hearing had been scheduled or held. (Doc. 9.) On July 31, 2026, the Court ordered Respondents to file a Response no later than August 3, 2026. In the Response, Respondents state: "In response to Petitioner's Motion to Enforce, Respondents do not oppose Petitioner's immediate release from immigration custody." (Doc. 11.)

///

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Request for Immediate Release (Doc. 9) is **granted**. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within three days of releasing Petitioner.

Dated this 5th day of August, 2026.

_____
Honorable Cindy K. Jorgenson
United States District Judge